No. 292, Misc.   HICKMAN, ADMINISTRATOR, *v.* TAYLOR ET AL., DOING BUSINESS AS TAYLOR & ANDERSON TOWING & LIGHTERAGE Co.   C. A. 3d Cir.   Certiorari denied. *Abraham E. Freedman* for petitioner. *Benjamin F. Stahl, Jr.* and *Samuel B. Fortenbaugh, Jr.* for respondents.

No. 293, Misc.   SPICHER *v.* RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 295, Misc.   UNITED STATES EX REL. HOLDERFIELD *v.* RAGEN, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 296, Misc.   OAKS *v.* HUDSPETH, WARDEN.   Supreme Court of Kansas.   Certiorari denied.

No. 297, Misc.   ALLEN *v.* HUDSPETH, WARDEN.   Supreme Court of Kansas.   Certiorari denied.

No. 303, Misc.   DUNKLE *v.* ILLINOIS.   Circuit Court of Peoria County, Illinois.   Certiorari denied.

No. 313, Misc.   BURNETT *v.* STEWART, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 314, Misc.   ORMSBY *v.* MISSOURI.   Supreme Court of Missouri.   Certiorari denied.

No. 316, Misc.   BAILEY *v.* STEWART, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 325, Misc.   BEVELHYMER *v.* HUDSPETH, WARDEN.   Supreme Court of Kansas.   Certiorari denied.